MW

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Veenaben Dhirubhai Patel, et al., | No. CV-20-00709-PHX-DLR (DMF) |
| Petitioners, | **ORDER** |
| v. | |
| William P. Barr, et al., | |
| Respondents. | |

On May 21, 2020, the Court denied in part and granted in part Petitioners' Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and Complaint for Injunctive and Declaratory Relief. (Doc. 35.) The Court denied the Petition without prejudice as to Petitioner Ajay Ramabhai Patel, who had been released from detention, and granted Petitioner Veenaben Dhirubhai Patel a conditional writ of habeas corpus, insofar as the Court ordered Respondents to implement specific measures with respect to the conditions under which she was detained. Respondents failed to implement several of those measures, and on June 30, 2020, the Court ordered Respondents to release Petitioner from custody. (Doc. 53.) Respondents appealed the May 21, 2020 and June 30, 2020 Orders, and on January 11, 2021, the Ninth Circuit Court of Appeals dismissed the appeal. (Doc. 57.)

Because Petitioners have obtained the relief sought in this case, and there are no further matters pending, the Court will direct the Clerk of Court to enter judgment and terminate this action. Petitioners shall not be precluded from filing a new habeas corpus action should they be re-detained.

1    **IT IS ORDERED** that, pursuant to the Court's May 21, 2020 and June 30, 2020 Orders, the Clerk of Court shall enter judgment dismissing this action without prejudice as to Petitioner Ajay Ramabhai Patel and enter judgment in favor of Petitioner Veenaben Dhirubhai Patel and against Respondents.

**IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this case.

Dated this 25th day of January, 2021.

_____
Douglas L. Rayes
United States District Judge