MW

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Veenaben Dhirubhai Patel, et al.,

    Petitioners,

v.

William P. Barr, et al.,

    Respondents.

No. CV-20-00709-PHX-DLR (DMF)

**ORDER**

    The parties have filed a fifth stipulation for an extension of the application deadline to allow them additional time to resolve Petitioner's request for attorneys' fees and costs without submitting the issue to the Court. Having considered the parties' stipulation,

**IT IS ORDERED:**

    (1) The parties' Stipulated Motion for Extension of Time (Doc. 68) is **granted**.

    (2) Petitioner Veenaben Dhirubhai Patel shall have until **November 22, 2021** to file an application for fees and costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

(3) The parties are advised that any further requests for an extension of the EAJA deadline must be accompanied by a separate **joint status report** that details the parties' efforts to resolve Petitioner's request for fees and costs and includes a projected resolution timeframe.

Dated this 21st day of September, 2021.

Douglas L. Rayes
United States District Judge